UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KARLA R. WILSON,

Plaintiff,

-vs-                                                                     Case No. 6:04-cv-1737-Orl-18KRS

ESSENTIAL HOMECARE MEDICAL EQUIPMENT,
INC.,
MIKAEL P. PAGE,

Defendants.

---

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration after a hearing on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO REOPEN ACTION, MOTION TO ENFORCE SETTLEMENT OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT (Doc. No. 11)** |
| **FILED:** | **March 21, 2005** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED** in part and **DENIED** in part.

On March 21, 2005, the Honorable G. Kendall Sharp, United States District Judge, approved the settlement agreement between the parties in this case. Doc. No. 12. Thereafter, the defendants failed to make payments as required by the settlement agreement. *See* Doc. No. 11. I held a hearing on June 20, 2005, with respect to the instant motion, and I directed counsel for the plaintiff to serve the notice of hearing on the defendants. *See* Doc. No. 16. Counsel for the plaintiff submitted a sworn statement from the process server, which indicates that the former business office of the defendants is closed and the whereabouts of the individual defendant is unknown. Doc. No. 17 ex. A. The defendants did not appear at the hearing on June 20, 2005, despite having been served with a copy of the notice by mail at the address of record.

Case 6:04-cv-01737-GKS-KRS    Document 19    Filed 06/20/2005    Page 2 of 2

At the hearing, counsel for the plaintiff asked that the Court enter a money judgment for $7,200.00, the amount agreed to in the settlement agreement. The settlement agreement, which is signed by the plaintiff and by Mikael P. Page, on behalf of all defendants, provides for this relief as follows:

> Upon execution of this Agreement, all Parties . . . agree to execute a joint motion for the Court to enter a Final Judgment in favor of Plaintiff and to end the case, including all claims and all counterclaims which were or may have been brought.

Doc. No. 10 ex. A ¶ 2.

Accordingly, I recommend that the Court **GRANT** the motion, in part, and direct the Clerk of Court to enter a Judgment in this case directing Defendants Essential Homecare Medical Equipment, Inc. and Mikael P. Page, jointly and severally, to pay to Plaintiff Karla Wilson the sum of $7,200.00. I recommend that the remaining relief requested in the motion be **DENIED** as moot, except to the extent that the Court must direct that the case be reopened for entry of judgment and, thereafter, be again closed.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 20, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy