Case 6:04-cv-01737-GKS-KRS   Document 19   Filed 06/20/2005   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KARLA R. WILSON,

           Plaintiff,

-vs-                                  Case No. 6:04-cv-1737-Orl-18KRS

ESSENTIAL HOMECARE MEDICAL EQUIPMENT,
INC.,
MIKAEL P. PAGE,

           Defendants.

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration after a hearing on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO REOPEN ACTION, MOTION TO ENFORCE SETTLEMENT OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT (Doc. No. 11)** |
| **FILED:** | **March 21, 2005** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** in part and **DENIED** in part. | |

*So ordered 14 July 05*
*G. Kendall Sharp*
*U.S. District Judge*

On March 21, 2005, the Honorable G. Kendall Sharp, United States District Judge, approved the settlement agreement between the parties in this case. Doc. No. 12. Thereafter, the defendants failed to make payments as required by the settlement agreement. *See* Doc. No. 11. I held a hearing on June 20, 2005, with respect to the instant motion, and I directed counsel for the plaintiff to serve the notice of hearing on the defendants. *See* Doc. No. 16. Counsel for the plaintiff submitted a sworn statement from the process server, which indicates that the former business office of the defendants is closed and the whereabouts of the individual defendant is unknown. Doc. No. 17 ex. A. The defendants did not appear at the hearing on June 20, 2005, despite having been served with a copy of the notice by mail at the address of record.

Dockets.Justia.com